UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:

Sharon Ashley
    Debtor

CHAPTER 13
Docket No. 22-10447-CJP

**NOTICE OF INTENDED PRIVATE SALE OF PROPERTY, SOLICITATION OF COUNTEROFFERS, DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS AND HEARING DATE**

**January 31, 2025**      **IS THE DATE OF THE PROPOSED SALE**

**January 15, 2025**      **IS THE DATE BY WHICH OBJECTIONS OR COUNTEROFFERS MUST BE MADE**

**NOTICE IS HEREBY GIVEN**, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, and MLBR 2002-5 and 6004-1, that the trustee (or, where applicable, the debtor), intends to sell at private sale the debtor's right, title and interest in certain property of the estate.

**PROPERTY TO BE SOLD**: Land and building located at 25 Scotch Dam Road, South Easton, Massachusetts (the "Property").

**THE OFFER:** The Debtor has received an offer to purchase the Property for the sum of Eight Hundred Eighty Thousand ($860,000.00).

**THE PROPOSED BUYER**: The proposed buyer is Kenel Vertil or Nominee. The relationship of the proposed buyer to the debtor is **none**.

**THE SALE DATE:** The sale shall take place on or before January 31, 2025. The proposed buyer has paid a deposit in the sum of $44,400.00. The terms of the proposed sale are more particularly described in a Motion for Order Authorizing and Approving Private Sale of Property of the Estate (the "Motion to Approve Sale") filed with the Court on December 19, 2024 and a written purchase and sale agreement dated December 19, 2024. The Motion to Approve Sale and the purchase and sale agreement are available at no charge upon request to the undersigned.

**SALE FREE AND CLEAR OF LIENS**: The Property, as set forth in the DEBTOR'S MOTION FOR AUTHORITY TO SELL BY PRIVATE SALE CERTAIN PROPERTY

OF THE DEBTOR FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES, with the secured claims to be satisfied with funds from the closing. However, if there are any additional liens, the Property will be sold free and clear of any liens, claims and encumbrances. Any perfected, enforceable valid liens, not paid at closing, shall attach to the proceeds of the sale according to priorities established under applicable law.

**COUNTEROFFERS OR OBJECTIONS**: Any objections to the sale and/or higher offers must be filed in writing with the Clerk, United States Bankruptcy Court at 5 Post Office Square, Boston, MA 02109 on or before **January 15, 2025 at 4:30 p.m.** (the "Objection Deadline"). A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to the sale shall be governed by Fed. R. Bankr. P. 9014. Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of $44,400.00 in the form of a certified or bank check made payable to the undersigned. Higher offers must be on the same terms and conditions provided in the Purchase and Sale Agreement, other than the purchase price.

**HEARING**:
A hearing on the Motion to Approve Sale, objections or higher offers is scheduled to take place on **January 28, 2025 at 11:00 a.m.** before the Honorable Christopher J. Panos, United States Bankruptcy Judge, in Courtroom 3, Harold Donohue Federal Building and Courthouse, 595 Main Street, Worcester, Massachusetts 01608, with an option to appear by Zoom video (except that at least one representative of each respective bidder, both with respect to the original offeror and any competing offerors, who should appear in person). To obtain the video access information for the hybrid hearing, parties in interest must email the Courtroom Deputy at cjp_courtroom_deputy@mab.uscourts.gov by **January 27, 2025 at 12:00 p.m.**, providing the contact information for the party seeking to appear by video.

Any party who has filed an objection or higher offer is expected to be present at the hearing, failing which the objection may be overruled or the higher offer stricken. The Court may take evidence at any hearing on approval of the sale to resolve issues of fact. If no objection to the Motion to Approve Sale or higher offer is timely filed, the Court, in its discretion, may cancel the scheduled hearing and approve the sale without a hearing.

At the hearing on the sale the Court may 1) consider any requests to strike a higher offer, 2) determine further terms and conditions of the sale, 3) determine the requirements for further competitive bidding, and 4) require one or more rounds of sealed or open bids from the original offeror and any other qualifying offeror.

**DEPOSIT:** The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court. If the sale is not completed by the

buyer approved by the Court, the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the undersigned.

                        Respectfully submitted,

                        Sharon Ashley
                        By her Attorney,

Dated: December __, 2024

                        /s/ Richard L. Blumenthal
                        Richard L. Blumenthal, Esquire
                        (BBO 047150)
                        Law Offices of Richard L. Blumenthal
                        343 Washington Street, Suite 200
                        Newton, MA 02458
                        (617) 527-1150